AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor
V.

BAY STATE DETAILING, INC.
and CARLO ROTHERMEL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-cv-00029-ML-LDA

TO: (Name and address of Defendant)

Carlo Rothermel
12 Appian Way
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John S. Casler
Deputy Regional Solicitor
U.S. Department of Labor
Office of the Solicitor
JFK Federal Bldg., Room E-375
Boston, MA 02203

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/23/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 3rd, 2006 |
| NAME OF SERVER *(PRINT)* Francis J. Trapasso | TITLE Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): By leaving at his last known and usual place of aode., to wit: 12 Appian Way, in said Johnston, Rhode Island. A copy of the said documents were also mailed with first class postage on the following day.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 3rd, 2006
Date

Signature of Server

47 Harvard Street, Worcester, MA 01609
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.