UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor
United States Department of Labor

vs. C.A. No. 06-029ML

BAY STATE DETAILING, INC. And
CARLO ROTHERMEL

**ORDER**

On June 2, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
June 27 , 2006

Entered as an Order of this Court on June 27, 2006

Barbara Barletta

Deputy Clerk